[No. 46894-4-I.   Division One.   September 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELA L. HOERNLEIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01197-4, Gerald L. Knight and Ellen J. Fair, JJ., entered June 26, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46928-2-I.   Division One.   September 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES B. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02716-3, Terence Lukens, J., entered June 14, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46968-1-I.   Division One.   September 17, 2001.]

ROGER W. DAY, ET AL., *Appellants*, v. KING COUNTY, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 98-2-30751-0, Larry A. Jordan, J., entered May 16 and June 16, 2000. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Baker and Appelwick, JJ.

[No. 46999-1-I.   Division One.   September 17, 2001.]

ROBERT MADDOX, *Appellant*, v. UNIVERSAL UNDERWRITERS INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-05757-1, Harriett M. Cody, J., entered July 19, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker, A.C.J., and Webster, J.